**Opinion issued May 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NOS. 01-25-00274-CR**
**01-25-00275-CR**

———————————

**IN RE WILLIAMS M. JONES, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator William M. Jones filed a petition for writ of mandamus "seeking to compel the [t]rial [c]ourt to perform its [m]inisterial dut[y] and rule on Relator's 'petition for DNA testing.'"[1] We deny the petition. TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy and Justices Johnson and Dokupil.

Do not publish. TEX. R. APP. 47.2(b).

---

[1] The underlying cases are *The State of Texas v. William M. Jones*, Cause Nos. 1387546 & 1387547, decided in the 351st District Court of Harris County, Texas, the Honorable Natalia Cornelio presiding.